IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION and KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHAEL HOUSTON; and MICHAEL COOK,<br><br>    *Defendants*. | Civil Action File No.<br>1:18-cv-04754-JPB<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR OPENING CLAIM CONSTRUCTION BRIEFS**

Pursuant to Local Rule 7.1(D), Plaintiffs Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC, and Defendants Extrusion Group, LLC, Extrusion Group Services, LLC, EG Global, LLC, and EG Ventures, LLC (collectively, the "Parties") respectfully request leave to exceed the page limitations for the concurrently-filed opening claim construction briefs filed pursuant to Patent Local Rule 6.5(a).

1

The Parties believe that an enlargement of the page limitations to 35 pages would allow the Parties to better develop their arguments and positions relating to the opening claim constructions of eight (8) disputed terms or phrases in the patent-in-suit.  Further, while a picture is worth a thousand words (if not more in patent construction), it is common to insert drawings from the patents into the claim construction briefs which facilitates explanation of the Parties' positions, but takes up considerable space within the briefs.

Large and complex cases often necessitate briefs that exceed the page limitations set forth in the Local Rules. *See In re ValuJet, Inc.*, 984 F.Supp. 1472, 1476 (N.D. Ga. 1997).  When good cause is shown and the excess pages do not prejudice the opposing party, such requests may be granted. *See Goodrich v. Bank of America, NA*, No. 1:13-CV-00239-RGV, 2015 WL 11198935 at * 1 n.1 (N.D. Ga. May 20, 2015).

Given the number of claims to be construed, the level of detail necessary to finesse the arguments and differentiate between proposed constructions, and the propensity to include figures and images from the patents, the Parties believe that there is good cause to expand the page limitation to 35 pages for each opening brief.

For the foregoing reasons, the Parties respectfully request that the Court grant this Motion for Leave to Exceed Page Limitations and allow the Parties up to 35

3

pages for their opening claim construction briefs submitted pursuant to Patent Local Rule 6.5(a).  A proposed Order is submitted herewith.

Respectfully submitted this 19th day of June 2019.

| | |
|---|---|
| */s/ Puja Patel Lea* | */s/ Jeffrey C. Morgan* |
| James A. Lamberth | Jeffrey C. Morgan |
| Ga. Bar No. 431851 | Ga. Bar No. 522667 |
| Puja Patel Lea | Christina M. Baugh |
| Ga. Bar No. 320796 | Ga. Bar No. 241880 |
| TROUTMAN SANDERS LLP | BARNES & THORNBURG LLP |
| 600 Peachtree Street NE, Suite 3000 | 3475 Piedmont Road NE, Suite 1700 |
| Atlanta, GA 30308 | Atlanta, GA 30309 |
| T: (404) 885-3362 | T: (404) 846-1693 |
| james.lamberth@troutman.com | jeff.morgan@btlaw.com |
| puja.lea@troutman.com | cbaugh@btlaw.com |
| | |
| Mark Reiter (*admitted pro hac*) | Mark C. Nelson (*admitted pro hac*) |
| Philip J. Spear (*admitted pro hac)* | (Texas Bar No. 00794361) |
| GIBSON, DUNN & CRUTCHER LLP | Juanita DeLoach (*admitted pro hac*) |
| 2100 McKinney Ave #1100 | (Texas Bar No. 24064218) |
| Dallas, Texas 75201-6912 | BARNES & THORNBURG LLP |
| T: (214) 698-3360 | 2121 N. Pearl Street, Suite 700 |
| mreiter@gibsondunn.com | Dallas, TX 75201 |
| pspear@gibsondunn.com | T: (214) 258-4200 |
| | mnelson@btlaw.com |
| | juanita.deloach@btlaw.com |
| R. Scott Roe (*admitted pro hac*) | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 200 Park Avenue | *Attorneys for Defendants Extrusion Group, LLC; Extrusion Group Services, LLC; EG Global, LLC; EG Ventures, LLC; Michael Houston, and Michael Cook.* |
| New York, NY 10166-0193 | |
| T: (212) 351-2618 | |
| sroe@gibsondunn.com | |
| | |
| *Attorneys for Plaintiffs Kimberly-Clark Corporation and Kimberly-Clark Global Sales, LLC* | |

## CERTIFICATE OF COMPLIANCE WITH 5.1(C)

I certify this document is presented in Times New Roman 14 point font under LR 5.1(c).

*/s/ Jeffrey C. Morgan*
Jeffrey C. Morgan

## CERTIFICATE OF SERVICE

I certify on June 19, 2019, I caused a copy of the foregoing to be served using the CM/ECF system, which will send notice to all counsel of record.

*/s/ Jeffrey C. Morgan*
Jeffrey C. Morgan