IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KIMBERLY-CLARK CORPORATION; and KIMBERLY-CLARK GLOBAL SALES, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EXTRUSION GROUP, LLC; EXTRUSION GROUP SERVICES, LLC; EG GLOBAL, LLC; EG VENTURES, LLC; MICHEAL HOUSTON; and MICHAEL COOK,<br><br>    Defendants. | CASE NO. 1:18-cv-04754-SDG |

## PLEA OF STAY

COMES NOW, Extrusion Group, LLC; EG Global, LLC; Extrusion Group Services, LLC; and EG Ventures, LLC, Defendants in the above-styled action, and respectfully show that Extrusion Group, LLC; EG Global, LLC; Extrusion Group Services, LLC; and EG Ventures, LLC are Debtors in chapter 11 cases currently pending in the United States Bankruptcy Court, Northern District of Georgia, Gainesville Division, commenced as of October 5, 2021, Case Nos. 21-21053, 21-21054, 21-21055, and 21-21057, respectfully.  Pursuant to 11 U.S.C. § 362, this action is stayed with respect

to Defendants until the conclusion of the pending bankruptcy cases.

Dated: October 6, 2021  **ROUNTREE LEITMAN & KLEIN, LLC**

<u>/s/ William A. Rountree</u>
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Proposed Attorneys for Debtors*

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day served a copy of the within and foregoing **Plea of Stay** upon counsel for all parties to this lawsuit, by electronic mail at the following addresses:

James Andrew Lamberth
Email: james.lamberth@troutman.com

Mark N. Reiter
Email: mreiter@gibsondunn.com

Philip J. Spear
Email: pspear@gibsondunn.com

Puja Patel Lea
Email: puja.lea@troutman.com

Robert C. Blume
Email: rblume@gibsondunn.com

Robert Scott Roe
Email: sroe@gibsondunn.com

Robert Vincent
rvincent@gibsondunn.com

Stuart Rosenberg
Email: srosenberg@gibsondunn.com

Veronica Smith Moye
Email: vmoye@gibsondunn.com

Dated: October 6, 2021

**ROUNTREE LEITMAN & KLEIN, LLC**

*/s/ William A. Rountree*
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga. Bar No. 943504
Taner N. Thurman, Ga. Bar No. 835238
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com
tthurman@rlklawfirm.com
*Proposed Attorneys for Debtors*